UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN FONKEM,<br>Plaintiff<br><br>V.<br><br>DEAN O'MALLEY and<br>TIMOTHY AHERN, in their<br>Individual capacities,<br>Defendants | Civil Action No. 04-10754-EFH |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME FOR FILING THE ANSWER TO COMPLAINT

Now come the Defendants in the above named matter by assent of the Plaintiff and requests additional time to file a responsive pleading with this Honorable Court. The Defendants request up to, and including, August 16, 2004 to file a response to plaintiff's Complaint.

Assented to by:

By Defendant's Attorney,

Respectfully submitted,
By Plaintiff's Attorney,

_____
Howard Friedman, Esquire
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
617-742-4100

_____
Joseph G. Donnellan, Esquire
BBO #558060
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

## Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Dated: 7-22-04          _Suzanne T. Caravaggio_