UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 JUL 26 A 11: 04
U.S. DISTRICT COURT
DISTRICT OF MASS

BENJAMIN FONKEM,          )
    Plaintiff          )
              )
V.          )  Civil Action No. 04-10754-EFH
              )
DEAN O'MALLEY and          )
TIMOTHY AHERN, in their          )
Individual capacities,          )
    Defendants          )
              )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I conferred with all counsel of record prior to filing the

attached Assented to Motion for Enlargement of Time for Filing the Answer to

Complaint.

Respectfully submitted
By Defendants' Attorney,

LAW OFFICES OF TIMOTHY M. BURKE

Joseph G. Donnellan, Esquire
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon
each other attorney of record by mailing first class postage prepaid.

Date: _____