UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10754EFH

| | |
|---|---|
| BENJAMIN FONKEM,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| DEAN O'MALLEY and<br>TIMOTHY AHERN, in their<br>individual capacities,<br>    Defendants | )<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please enter an appearance for Joseph G. Donnellan as counsel for Defendant Dean O'Malley in the above-entitled matter.

Respectfully submitted,
For Defendant Dean O'Malley
By his attorney,

_____
Joseph G. Donnellan, Esquire
BBO #558060
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date: 8/3/04            _____