UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10754EFH

| | |
|---|---|
| BENJAMIN FONKEM, <br>     Plaintiff | ) <br> ) <br> ) |
| V. | ) <br> ) |
| DEAN O'MALLEY and <br> TIMOTHY AHERN, in their <br> individual capacities, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) |

DEFENDANT DEAN O'MALLEY'S CERTIFICATION
TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred with a view toward establishing a budget for the costs of conducting the full course and alternative courses of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Dean O'Malley
Defendant

_____
Joseph G. Donnellan, Esquire
BBO# 558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Date: Aug 3, 2004