UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN FONKEM,<br>Plaintiff<br><br>VS.<br><br>DEAN O'MALLEY AND<br>TIMOTHY AHERN, in their individual capacities,<br>Defendants | CIVIL ACTION<br>NO. 04-10754EFH |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, TIMOTHY AHERN, with reference to the above-captioned action.

Respectfully submitted,

/S/ Thomas P. Campbell
Thomas P. Campbell, BBO #564124
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 16, 2004