UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENJAMIN FONKEM, )
    Plaintiff )    CIVIL ACTION
 )    NO. 04-10754 EFH
VS. )
 )
DEAN O'MALLEY AND )
TIMOTHY AHERN, in their individual capacities, )
    Defendants )
 )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Timothy Ahern, Defendant

_____
Leonard H. Kesten, BBO #542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100