UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENJAMIN FONKEM,<br>Plaintiff,<br><br>v.<br><br>DEAN O'MALLEY AND<br>TIMOTHY AHERN, in their<br>individual capacities,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10754-EFH<br>)<br>)<br>)<br>)<br>)<br>) |

### L.R. 16.1(D)(3) CERTIFICATE

I, Benjamin Fonkem, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 10/24/04

_____
Benjamin Fonkem

I, Myong J. Joun, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

_____
Myong J. Joun