UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN FONKEM,<br>　　　Plaintiff,<br><br>　　　v.<br><br>DEAN O'MALLEY AND<br>TIMOTHY AHERN, in their<br>individual capacities,<br>　　　Defendants. | Civil Action No. 04-10754-EFH |

## JOINT STATEMENT AND PROPOSED DISCOVERY SCHEDULE

**I.    Pre–Discovery Disclosures**

The parties have already provided automatic discovery in accordance with Fed.R.Civ.P. 26(a)(1).

**II.   Discovery Plan**

The parties jointly propose to the court the following discovery plan:

1.    The parties will serve interrogatories and requests for production of documents by November 30, 2004.

2.    Plaintiff will depose the two defendant officers and the Defendants will depose the plaintiff by March 30, 2005.

3.    The parties request a status conference in April 2005 to consider referral to mediation and to determine if further discovery will be necessary.

**III.     Certifications**

The parties have filed their respective certifications required by L.R. 16.1.

RESPECTFULLY SUBMITTED,
For the plaintiff:

/s/ Howard Friedman
_____
Howard Friedman
BBO# 180080
Myong J. Joun
BBO# 645099
**Law Offices of Howard Friedman, P.C.**
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

For defendant Timothy Ahearn:

/s/ Thomas P. Campbell, III /HF
_____
Leonard H. Kesten
BBO# 542042
Thomas P. Campbell, III
BBO# 564124
**Brody, Hardoon, Perkins & Kesten**
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

For defendant Dean O'Malley:

/s/ Joseph G. Donnellan /HF

Joseph G. Donnellan
BBO# 558060
**Law Offices of Timothy M. Burke**
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party  by mail  /  by hand.

Date: 11/1/2004     /s/ Howard Friedman