# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

_____

BENJAMIN FONKEM,
                        Plaintiff          CIVIL ACTION NO.:
                                              04-10754-EFH

            v.

DEAN O'MALLEY, ET AL.,
                        Defendants.

_____

## RESCHEDULING ORDER

April 7, 2005

HARRINGTON, S.D.J.

        A status conference in the above case presently scheduled for April 20,

2005 is rescheduled to   **Thursday, April 28, 2005**   , at 11:00 A.M., in

Courtroom No. 13 on the Fifth Floor.

        SO ORDERED.


                                /s/ Edward F. Harrington

                                EDWARD F. HARRINGTON
                                United States Senior District Judge