# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

---

BENJAMIN FONKEM,
    Plaintiff    CIVIL ACTION NO.:
              04-10754-EFH

  v.

DEAN O'MALLEY, ET AL.,
    Defendants.

---

## REVISED SCHEDULING ORDER

April 11, 2005

HARRINGTON, S.D.J.

  A status conference in the above case presently scheduled for April 20, 2005 is rescheduled to **Thursday, May 5, 2005**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

  SO ORDERED.

                /s/ Edward F. Harrington
                EDWARD F. HARRINGTON
                United States Senior District Judge