UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENJAMIN FONKEM,
Plaintiff,

v.

Civil Action No. 04-10754-EFH

DEAN O'MALLEY AND
TIMOTHY AHERN, in their
individual capacities,
Defendants.

### DEFENDANT DEAN O'MALLEY'S MOTION FOR ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION OF THE PLAINTIFF BENJAMIN V. FONKEM

Now comes the defendant Dean O'Malley and moves this court to grant an ORDER allowing him access to the criminal offender record information of plaintiff Benjamin V. Fonkem, as such information is defined in G.L.c. 6, § 172.

As grounds therefore, the defendants state:

1. This lawsuit alleges civil rights violations against a Massachusetts State Trooper by a citizen. The parties disagree on the central facts which give rise to this lawsuit; therefore, credibility will be an issue at the trial of this matter;

2. Under Rule 609 of the Federal Rules of Evidence allow proof of prior convictions is admissible against a witness in a civil proceeding;

3. The defendant submits that he should be allowed access to CORI information on the above named plaintiff in order to prepare for cross-examination of the plaintiff and to test the credibility of the plaintiff as a witness;

4. Attorneys of record have been certified as a class of persons entitled to access CORI and absent a court order the state agencies in control of CORI will not release the requested information. An ORDER for the court's consideration is attached hereto.

WHEREFORE, the defendants move this court to enter an ORDER allowing them access to CORI relating to the above named individuals.

> Respectfully submitted,
> The defendant,
> Dean O'Malley,
> By their attorneys,
>
> LAW OFFICES OF TIMOTHY M. BURKE
>
> _____
> Joseph G. Donnellan, Esquire
> BBO #558060
> 160 Gould Street, Suite 111
> Needham, MA 02494
> (781) 455-0707

5-31-05