UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN FONKEM,<br>Plaintiff,<br><br>v.<br><br>DEAN O'MALLEY AND<br>TIMOTHY AHERN, in their<br>individual capacities,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10754-EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I conferred with all counsel of record prior to filing the attached Motion for a CORI Order on Benjamin Fonkem.

Respectfully submitted,

The defendant,
Dean O'Malley,
By their attorneys,

LAW OFFICES OF TIMOTHY M. BURKE

_____
Joseph G. Donnellan, Esquire
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

CERTIFICATE OF SERVICE

    I, Joseph G. Donnellan, hereby certify that a copy of the foregoing MOTION FOR ACCESS TO CORI OF THE PLAINTIFF along with a CERTIFICATE OF COMPLIANCE WITH RULE 7.1 was sent via first class mail, postage prepaid to the following:

Thomas Campbell, Esq.  
Brody, Hardoon,  
Perkins & Kesten, LLP  
One Exeter Place, 12th Floor  
Boston, MA 02116  

Myong Joun, Esq.  
Howard Friedman, Esq.  
Law Offices of Howard Friedman  
90 Canal Street  
Boston, MA 02114  

Date: May 31, 2005

_____  
Joseph G. Donnellan, Esquire