UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN FONKEM,<br>Plaintiff,<br><br>v.<br><br>DEAN O'MALLEY AND<br>TIMOTHY AHERN, in their<br>individual capacities,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10754-EFH<br>)<br>)<br>)<br>)<br>)<br>) |

## COURT ORDER GRANTING ACCESS TO THE CRIMINAL HISTORY OF BENJAMIN FONKEM

It is hereby ordered that any public agency possessing CORI on the following individual:

Benjamin Voma Fonkem
22 Katy Circle
Randolph, Massachusetts 02368
DOB: January 29, 1965

shall release said information to Attorney Joseph G. Donnellan or his appointed agent upon

presentation of this ORDER.

DATE: 6-23-05

BY THE COURT