# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

BENJAMIN FONKEM,
               Plaintiff         CIVIL ACTION NO.:
                                     04-10754-EFH
    v.

DEAN O'MALLEY, ET AL.,
               Defendants.

## ORDER OF SEVERANCE

February 1, 2006

HARRINGTON, S.D.J.

      Upon review of the file, the Court severs from the trial of this case Count II – an alleged violation of Massachusetts General Laws, Chapter 12, §§ 11H-I – and Count III – an alleged violation of Massachusetts General Laws, Chapter 214, § 1B.  The trial, scheduled to commence on Monday, March 13, 2006, shall proceed at this time only on federal Count I – an alleged violation of the federal statute, Title 42, United States Code, § 1983.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge