# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

BENJAMIN FONKEM,
                Plaintiff

v.

DEAN O'MALLEY, ET AL.,
                Defendants.

CIVIL ACTION NO.:
04-10754-EFH

## ORDER OF DISMISSAL

March 7, 2005

HARRINGTON, S.D.J.

    The above-entitled case, having been reported settled by the parties, is hereby dismissed.

    SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge