UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
BENJAMIN FONKEM,              )
     Plaintiff,               )
                              )
     v.                       )
                              )   Civil Action No. 04-10754-EFH
DEAN O'MALLEY AND             )
TIMOTHY AHERN, in their       )
individual capacities,        )
     Defendants.              )
                              )
_____)

## JOINT MOTION TO REOPEN THE ACTION

Counsel for the plaintiff and counsel for the defendants jointly move this Court to reopen this action for one hundred and twenty (120) days. The cause for this motion is the fact that the settlement has not been consummated. The Commonwealth will make the settlement payment on behalf of the defendants state police officers. Typically, the Commonwealth requires 120 days to process a settlement.

RESPECTFULLY SUBMITTED,
For the plaintiff:


 /s/ Myong J. Joun
Howard Friedman
BBO# 180080
Myong J. Joun
BBO# 645099
**Law Offices of Howard Friedman, P.C.**
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

For defendant Dean O'Malley:

 /s/ Joseph G. Donnellan (MJJ)
Joseph G. Donnellan
BBO# 558060
**Law Offices of Timothy M. Burke**
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

For defendant Timothy Ahearn:

 /s/ Thomas P. Campbell, III (MJJ)
Leonard H. Kesten
BBO# 542042
Thomas P. Campbell, III
BBO# 564124
**Brody, Hardoon, Perkins & Kesten**
One Exeter Plaza
Boston, MA 02116
(617) 880-7100