# TAKE NOTICE THAT THE FOLLOWING CASES WILL BE CALLED FOR STATUS CONFERENCE ON THURSDAY, NOVEMBER 16, 2006, AT 11:OO A.M. BEFORE HON. EDWARD F. HARRINGTON, U.S.S.D.J., IN COURTROOM NO. 13, 5th FLOOR, U. S. COURTHOUSE, BOSTON, MASSACHUSETTS

Estate of Louise P. v. Rosenberg, et al., C.A. 01-10001

Chesner, et al. v. Eaton Vance Corp., et al., C.A. 01-10911

Griffith v. OneBeacon Insurance Company, et al., C.A. 03-12573

Fonkem v. O'Malley, et al., C.A. 04-10754

Munoz v. United States, C.A. 04-11699