# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

BENJAMIN FONKEM,
                Plaintiff        CIVIL ACTION NO.:
                                     04-10754-EFH
      v.

DEAN O'MALLEY, ET AL.,
                Defendants.

## ORDER OF DISMISSAL

November 16, 2006

HARRINGTON, S.D.J.

    After a hearing, the Court rules that it shall dismiss this case on December 18, 2006 unless prior thereto the Plaintiff Fonkem, who has failed to prosecute his case, executes a release in accordance with his oral agreement to settle the case.

    SO ORDERED.

                                                      /s/ Edward F. Harrington
                                                      EDWARD F. HARRINGTON
                                                      United States Senior District Judge