United States District Court
District of Massachusetts

04-cv-10754-EFH

Benjamin Fonkem,
    Plaintiff

v.

Dean O'Malley, ET AL.,
    Defendants

Motion to extend time

December 18, 2006

FILED IN CLERKS OFFICE
2006 DEC 18 A 11:16
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge,

    My Lawyers withdrew from representing me in this case. My case is schedule to be dismissed today. I am requesting more time to find another Lawyer who will represent me in this civil action for my civil rights were violated publicly. I am requesting about one month to retain a lawyer. Thank you.

Fonkem 12/18/06