United States District Court
District of Massachusetts

04-cv-10754-EFH

Benjamin Fonkem,
               Plaintiff

V.

Dean O'Malley, ET AL.,
               Defendants

Motion to extend time
December 18, 2006

Dear Judge,

My Lawyers withdrew from representing me in this case. My case is schedule to be dismissed today. I am requesting more time to find another Lawyer who will represent me in this civil action for my civil rights were violated publicly. I am requesting about one month to retain a lawyer. Thank you.

Fonkem 12/18/06