UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BENJAMIN FONKEM, | ) | |
|     Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 04-10754-EFH |
| v. | ) | |
| | ) | |
| DEAN O'MALLEY AND | ) | |
| TIMOTHY AHERN, in their individual capacities, | ) | |
|     Defendants. | ) | |

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 and Local Rules 5.2(b), 5.2(c) and 5.4(c), I hereby certify that on today's date I served a true copy of "Defendant Timothy Ahern's Request For Entry Of Final Judgment" upon the plaintiff, who is a *pro se* litigant, by first-class mail, postage prepaid, to the following address:

>Benjamin Fonkem
>22 Katy Circle
>Randolph, MA 02368

Counsel inadvertently neglected to place this certification upon the actual Motion, which has been docketed as Document No. 32.

Respectfully submitted,

    /s/ Thomas P. Campbell
Thomas P. Campbell, BBO #564124
BRODY, HARDOON, PERKINS &
KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: January 30, 2007