UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN FONKEM,<br>         Plaintiff<br><br>v.<br><br>DEAN O'MALLEY and<br>TIMOTHY AHERN, in their<br>individual capacities,<br>         Defendants | Civil Action No. 04-10754-EFH |

NOTICE OF STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)

Now comes Benjamin Fonkem, plaintiff, and Dean O'Malley and Timothy Ahern, defendants, the parties in the above captioned matter and give notice of their stipulation of dismissal of this action, pursuant to Fed. R.Civ.P. 41(a)(1), with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,
The defendant,
Dean O'Malley,
By his attorneys,

LAW OFFICES OF TIMOTHY M. BURKE

_____
Joseph G. Donnellan, Esquire
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707
Date:

Respectfully submitted,
The plaintiff, Benjamin Fonkem

_____ 2/12/07
Benjamin Fonkem
Pro Se

Date: 2/12/07

1

Respectfully submitted,
The defendant,
Timothy Ahern,

By his attorneys,

Brody, Hardoon, Perkins & Kesten, LLP

_____
Thomas P. Campbell
BBO# 564124
One Exeter Plaza
Boston, MA  02116
Tel:  (617) 880-7100

Date: 2/14/07