**CERTIFICATE OF SERVICE**

    I, Joseph G. Donnellan, hereby certify that I served a copy of the foregoing Notice of Stipulation of Dismissal upon the plaintiff in the above captioned matter by way of first class mail, postage prepaid and upon all other parties by way of electronic filing with the Clerk of the United States District Court for the District of Massachusetts this 11th day of March, 2007.

                                                _____
                                                Joseph G. Donnellan